IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 10-cr-00326-PAB-30

UNITED STATES OF AMERICA,

    Plaintiff,

v.

30. ERNEST WILLIAMS,

    Defendant.

---

## ORDER

---

This matter is before the Court on the Government's Motion to Dismiss Count One Hundred Twenty-Four [Docket No. 1613]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that the Government's Motion to Dismiss Count One Hundred Twenty-Four [Docket No. 1613] is granted. Count One Hundred Twenty-Four of the First Superseding Indictment is dismissed as to defendant Ernest Russell Williams.

DATED September 2, 2011.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States District Judge