IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00326-PAB-23

UNITED STATES OF AMERICA,

    Plaintiff,

v.

23. ANTHONY RIVERA,

    Defendant.

---

**ORDER**

---

This matter is before the Court on the Government's Motion to Dismiss Counts Eighty-Seven and Eighty-Eight [Docket No. 1847]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that the Government's Motion to Dismiss Counts Eighty-Seven and Eighty-Eight [Docket No. 1847] is granted. Counts Eighty-Seven and Eighty-Eight of the First Superseding Indictment are dismissed as to defendant Anthony Rivera.

    DATED November 4, 2011.

                              BY THE COURT:

                              _____
                              PHILIP A. BRIMMER
                              United States District Judge