IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00326-PAB-17

UNITED STATES OF AMERICA,

    Plaintiff,

v.

17.  TERRY MARGHEIM,

    Defendant.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that the trial of this defendant is transferred to Senior Circuit Judge David M. Ebel, with the approval of Chief Judge Wiley Y. Daniel. The trial preparation conference set for April 13, 2012 at 11:00 a.m. and the jury trial set for April 16, 2012 at 8:00 a.m. will be held in Courtroom 202C, Byron G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado. It is further

    ORDERED that pretrial and trial procedures will be conducted according to Judge Ebel's practice standards.

    DATED March 30, 2012.