**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 10-cr-00326-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

17.  TERRY MARGHEIM,

      Defendant.

---

**ORDER**

---

This matter comes before the Court on Defendant's "Objection to the Government's Motion to Continue the Trial and Request to Re-Set Trial Date." (Doc. 2143.) That matter will be addressed during the Final Trial Preparation conference currently set for Friday, April 13, 2012, at 11:00 a.m. Defendant Margheim should be present for that conference.

Dated this <u>11th</u> day of <u>April</u>, 2012.

                                BY THE COURT:

                                    /s/ David M. Ebel
                                  U. S. CIRCUIT COURT JUDGE