IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00326-PAB-17

UNITED STATES OF AMERICA,

    Plaintiff,

v.

17. TERRY MARGHEIM,

    Defendant.

---

## ORDER SETTING BRIEFING SCHEDULE AND HEARINGS

---

IT IS HEREBY ORDERED that this matter has been scheduled for a two-hour hearing on Defendant Margheim's 21 U.S.C. § 851 enhancement on July 11, 2012 at 2:00 p.m. Briefing by Defendant Margheim is due June 1, 2012. The Government's response, including its sentencing statement, is due June 15, 2012.

IT IS FURTHER ORDERED that the sentencing hearing in this matter is scheduled for August 31, 2012, at 10:00 a.m.

Dated this  18th  day of May, 2012.

                                                BY THE COURT:

                                                *s/ David M. Ebel*

                                                _____
                                                UNITED STATES DISTRICT COURT