IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00326-PAB-5

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5. JOSE LUIS DOMINGUEZ,

    Defendant.

**ORDER**

This matter is before the Court on the United States' Motion to Dismiss Count One [Docket No. 2204]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that the Motion to Dismiss Count One [Docket No. 2204] is granted. Count One of the First Superseding Indictment is dismissed as to defendant Jose Luis Dominguez.

DATED May 25, 2012.

                      BY THE COURT:

                      s/Philip A. Brimmer
                      PHILIP A. BRIMMER
                      United States District Judge