# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00326-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

17. TERRY MARGHEIM,

       Defendant.

---

## MINUTE ORDER

**Honorable David M. Ebel**

       In light of Defendant Terry Margheim's Statement Regarding Prior Convictions (Doc. 2249), there is no longer the need for a § 851 hearing. It is therefore ORDERED that the hearing scheduled for July 11, 2012, is VACATED.

       The sentencing hearing scheduled for August 31, 2012, remains scheduled as is.

Dated this 5th day of July, 2012.

                            BY THE COURT:

                            *s/ David M. Ebel*
                            U. S. CIRCUIT COURT JUDGE