IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 10-cr-00326-PAB-4

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. LUIS DOMINGUEZ,

    Defendant.
_____

## FINAL ORDER OF FORFEITURE
_____

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture [Docket No. 2318]. The Court, being fully advised in the premises, finds that:

The United States commenced this action pursuant to 18 U.S.C. § 853.

A Preliminary Order of Forfeiture was entered on March 28, 2012 [Docket No. 2113].

All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n).

As of August 23, 2012, no petition for an ancillary hearing has been filed by any party.

It further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

Therefore, it is ORDERED that:

1. Judgment of forfeiture of the $700.00 in United States Currency shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party.

2. The United States shall have full and legal title to the $700.00 in United States Currency and may dispose of it in accordance with law.

DATED August 30, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge